FILED
JAMES J. VILT JR,
CLERK
Oct 26, 2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO.: 3:23-CR-00087-DJH
***FILED UNDER SEAL***

JOSE MANUEL AVILA-GALAVIZ     DEFENDANT

## STATUS REPORT

The United State submits the following pursuant to the Court's Order requesting a status report in this matter:

The defendant, Jose Manuel Avila-Galaviz has not appeared before the court and is believed to be a fugitive in Mexico.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ For:
_____
Madison T. Sewell
Assistant United States Attorney
241 East Main Street, Suite 305
Bowling Green, Kentucky 42101
PH: (270) 781-4438

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2023, I conventionally filed the foregoing document with the clerk of the court.

                                                     Madison T. Sewell
                                                     Assistant U.S. Attorney